669 A.2d 878

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Salvador Carlos SANTIAGO, Appellant.**

Supreme Court of Pennsylvania.

Oct. 20, 1995.

**ORDER**

PER CURIAM:

**AND NOW,** this 20th day of October, 1995, the Execution in the above captioned matter is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.